**FORM 9.   Certificate of Interest**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: He _____ v. _____

No. 16-2409

### CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

He _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

New Horizon Elastic Fabric Co., Ltd

Baihao Industrial Zone, Houjie Town, Dongguan, Guangdong, China

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

1. New Horizon Elastic Fabric (Hong Kong) Ltd

8/F West Gate Twr, Lai Chi Kok, Kowloon, Hong Kong

2. BPT Holdings (BVI)

4. ☐   There is no such corporation as listed in paragraph 3.

5.      The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

George G. Wang, individual attorney at foreign IP firm Bei & Ocean

| | |
|---|---|
| August 10, 2016 | /George G. Wang/ |
| Date | Signature of counsel |
| | George G. Wang |
| | Printed name of counsel |

# CERTIFICATE OF SERVICE

I, George G. Wang, hereby certify that I electronically filed this CERTIFICATE

OF INTEREST with the Court's CM/ECF filing system on August 11, 2016,

which constitutes service, pursuant to Fed. R. App. P. 25(c)(2), Fed. Cir. R. 25(a),

and the Court's Administrative Order Regarding Electronic Case Filing 6(A), on

counsel for the Appellee .


|  |  |
|---|---|
|  | /George G. Wang/ |
|  | George G. Wang |
|  | Bei & Ocean Limited (Hong Kong) Agent Office 66 Hilltop Road Millington, NJ 07946 |
| **ATTORNEY FOR APPELLANT** **Mike He** | Phone: (908) 552 6256 Fax: (908) 504 3108 |
| August 11, 2016 |  |